AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Ludington, Thomas L. | 2. Court or Organization  US District Court MI (Eastern) | 3. Date of Report  4/28/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008  to  12/31/2008 |
| 7. Chambers or Office Address  U. S. Courthouse  1000 Washington Avenue  Bay City, MI 48708 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | R. M. Gerstacker Foundation |
| 2. Director | Saginaw Valley State University Foundation |
| 3. Trustee | Albion College |
| 4. Director | Thomas L. Ludington Foundation |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/03 | Michigan Judges Retirement System |
| 2. | |
| 3. | |

Ludington_Thomas_L

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Federal Court Salary | $165,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust (checking & savings) | | None | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | | None | J | T | | | | | |
| 3. TD Ameritrade Money Market | B | Interest | K | T | | | | | |
| 4. Merrill Lynch Money Market | | None | J | T | | | | | |
| 5. Amgen Stock | | None | J | T | | | | | |
| 6. Covance Stock | | None | J | T | | | | | |
| 7. Cisco Stock | | None | | | Sold | 12/14 | J | | |
| 8. Corning Stock | A | Dividend | L | T | | | | | |
| 9. General Electric Stock | A | Dividend | | | Sold | 9/15 | K | D | |
| 10. IBM Stock | A | Dividend | K | T | | | | | |
| 11. Quest Diagnostics Stock | A | Dividend | J | T | | | | | |
| 12. Xilinx Inc Stock | | None | | | Sold | 12/24 | J | | |
| 13. Chemical Financial Stock | B | Dividend | K | T | | | | | |
| 14. Petoskey MI Condo | | None | M | W | | | | | |
| 15. Am Cent Real Est (Dow Savings Plan) - ● ● 401K | | None | J | T | | | | | |
| 16. Fidelity Contrafund (Dow Savings Plan) ● ● 401K | | None | L | T | | | | | |
| 17. Fidelity Diversified Intl (Dow Savings Plan) ● 401K | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More t an $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Growth Equity (Dow Savings Plan) ▬ 401K | | None | K | T | | | | | |
| 19. Interest Income Fund (Dow Savings Plan) ▬ 401K | | None | M | T | | | | | |
| 20. Vanguard Convertible Sec (Dow Savings Plan) ▬ 401K | | None | K | T | | | | | |
| 21. Vanguard Global Equity (Dow Savings Plan) ▬ 401K | | None | K | T | | | | | |
| 22. SSgA Stable Value - State of Michigan 457 Plan (TLL) | | None | K | T | | | | | |
| 23. SSgA Stable Value - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 24. Western Asset Core Bond - State of Michigan 401K plan (TLL) | | None | | | Sold | 12/31 | K | | |
| 25. PIMCO Total Return - State of Michigan 401K plan (TLL) | | None | K | T | Buy | 12/31 | K | | |
| 26. MFS Total Return - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 27. Dodge and Cox Stock - State of Michigan 401K plan (TLL) | | None | J | T | | | | | |
| 28. Lord Abbett Mid-Cap Value A; State of Michigan 401K (TLL) | | None | K | T | | | | | |
| 29. STI Classic Sm Cap Value T - State of Michigan 401K (TLL) | | None | | | Sold | 5/31 | K | | |
| 30. RidgeWorth Funds - State of Michigan 401K (TLL) | | None | K | T | Buy | 5/31 | K | | |
| 31. American Funds Europacific Gr - State of Michigan 401K (TLL) | | None | K | T | | | | | |
| 32. Chemical Bank Savings - FBO #1 | A | Interest | K | T | | | | | |
| 33. Federated Balanced (CFC) - FBO #1 | A | Dividend | K | T | | | | | |
| 34. MI Edu Savings Program - FBO #1 | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chemical Bank Savings - FBO #2 | | None | J | T | | | | | |
| 36. MI Edu Savings Plan - FBO #2 | | None | L | T | | | | | |
| 37. Schwab Money Market | A | Interest | K | T | | | | | |
| 38. Alger Hlth Sci Fund | | None | J | T | Buy (add'l) | 2/13 | J | | |
| 39. Canadian Tire Corp 'A' | A | Dividend | J | T | Buy (add'l) | 2/13 | J | | |
| 40. | | | | | Buy (add'l) | 6/17 | J | | |
| 41. | | | | | Buy (add'l) | 10/23 | J | | |
| 42. Centex Corporation | | None | | | Sold | 2/13 | J | | |
| 43. D R Horton, Inc | | None | | | Sold | 2/13 | J | | |
| 44. Eaton Vance Dividend Bldr. | | None | | | Sold (part) | 2/13 | J | A | |
| 45. | | | | | Sold | 10/23 | J | | |
| 46. FBR Gas Util Index Fund | | None | J | T | Sold (part) | 2/13 | J | | |
| 47. | | | | | Sold | 6/17 | J | A | |
| 48. | | | | | Buy | 10/23 | J | | |
| 49. FBR Small Cap Fund | | None | J | T | | | | | |
| 50. Fidelity Slct Portf Fund | | None | J | T | Sold (part) | 2/13 | J | B | |
| 51. | | | | | Sold (part) | 6/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Eagle Overseas A Fund | B | Dividend | K | T | Buy (add'l) | 6/17 | J | | |
| 53. Franklin Templeton | | None | K | T | Buy (add'l) | 2/13 | J | | |
| 54. | | | | | Buy (add'l) | 6/17 | J | | |
| 55. General Dynamics, Inc | | None | J | T | | | | | |
| 56. ING Financial Svs. Fund | | None | | | Sold | 2/13 | J | | |
| 57. J B Hunt Transport Svsc | | None | J | T | Sold (part) | 2/13 | J | C | |
| 58. | | | | | Sold (part) | 6/17 | J | B | |
| 59. Johnson Controls, Inc | | None | J | T | | | | | |
| 60. Knight Transportation | | None | | | Sold (part) | 2/13 | J | B | |
| 61. | | | | | Sold | 6/17 | J | D | |
| 62. L-3 Communications, Inc | | None | J | T | Sold (part) | 6/17 | J | C | |
| 63. Lowes Companies, Inc | | None | J | T | | | | | |
| 64. Meridian Value Fund | B | Dividend | K | T | Buy (add'l) | 2/13 | J | | |
| 65. | | | | | Sold (part) | 6/17 | K | | |
| 66. | | | | | Buy (add'l) | 12/3 | K | | |
| 67. MFS Utilities Fund | | None | J | T | Sold (part) | 2/13 | J | B | |
| 68. | | | | | Buy (add'l) | 6/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NVR, Inc | | None | | | Buy (add'l) | 2/13 | J | | |
| 70. | | | | | Sold | 10/23 | K | C | |
| 71. Royce Low-Priced St Fund | | None | J | T | Buy (add'l) | 2/13 | J | | |
| 72. | | | | | Sold (part) | 6/17 | J | A | |
| 73. | | | | | Buy (add'l) | 7/16 | J | | |
| 74. | | | | | Sold (part) | 12/3 | J | | |
| 75. Seligman Comm Fund | | None | J | T | | | | | |
| 76. T Price Mid Cap Val Fund | | None | | | Buy (add'l) | 2/13 | J | | |
| 77. | | | | | Buy (add'l) | 10/23 | J | | |
| 78. | | | | | Sold | 12/3 | K | | |
| 79. United Health Group, Inc | | None | J | T | | | | | |
| 80. Vanguard Energy Fund | | None | K | T | | | | | |
| 81. Vanguard Spc Hlth Fund | | None | J | T | Sold (part) | 10/23 | J | B | |
| 82. Amcent: Intl. Disc Fund | A | Dividend | K | T | Buy (add'l) | 10/23 | J | | |
| 83. Dodge & Cox Intl Stock Fund | B | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 84. Julius Baer Intl Eqty | A | Dividend | J | T | Buy (add'l) | 6/17 | J | | |
| 85. MFS Intl New Discovery A Fund | | None | K | T | Sold (part) | 2/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/23 | J | | |
| 87. Morgan Stanley Inst Intl Real Estate Fund | | None | J | T | Buy (add'l) | 6/17 | J | | |
| 88. T Price Media & Tel Fund | | None | K | T | Buy (add'l) | 10/23 | J | | |
| 89. William Blair Intl Gr Fund | | None | | | Buy (add'l) | 2/13 | J | | |
| 90. | | | | | Buy (add'l) | 10/23 | J | | |
| 91. | | | | | Sold | 12/3 | J | | |
| 92. ATCO Ltd Class I | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 93. Bank of Nova Scotia | A | Dividend | J | T | Sold (part) | 2/13 | J | B | |
| 94. Petro-Canada | | None | J | T | Sold (part) | 6/17 | J | A | |
| 95. | | | | | Buy (add'l) | 10/23 | J | | |
| 96. Power Financial Corp | A | Dividend | J | T | Buy (add'l) | 6/17 | J | | |
| 97. Shoppers Drug Mart Corp | A | Dividend | J | T | Sold (part) | 6/17 | J | A | |
| 98. Suncor Energy Inc | | None | J | T | Sold (part) | 2/13 | J | A | |
| 99. | | | | | Sold (part) | 6/17 | J | B | |
| 100. | | | | | Buy (add'l) | 10/23 | J | | |
| 101. Harris Cap PFD | | None | J | T | | | | | |
| 102. Permian Basin Royalty Tr | C | Dividend | J | T | Sold (part) | 2/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 6/17 | J | B | |
| 104. | | | | | Buy (add'l) | 6/17 | J | | |
| 105. Sabine Royalty Trust | B | Dividend | K | T | Sold (part) | 2/13 | J | C | |
| 106. | | | | | Sold (part) | 6/17 | J | D | |
| 107. San Juan Basin Royalty | B | Dividend | K | T | Sold (part) | 2/13 | J | | |
| 108. | | | | | Sold (part) | 6/17 | J | A | |
| 109. Magellan Midstream | B | Dividend | K | T | Sold (part) | 2/13 | J | A | |
| 110. | | | | | Buy (add'l) | 6/17 | J | | |
| 111. NuStar Energy | B | Dividend | K | T | Buy (add'l) | 6/17 | J | | |
| 112. | | | | | Sold (part) | 10/23 | J | | |
| 113. Plains All American Pipelines | B | Dividend | K | T | Buy (add'l) | 6/17 | J | | |
| 114. | | | | | Sold (part) | 10/23 | J | | |
| 115. Sunoco Logistics Partners | B | Dividend | K | T | Sold (part) | 2/13 | J | A | |
| 116. | | | | | Buy (add'l) | 6/17 | J | | |
| 117. AMB Property | A | Dividend | K | T | Buy | 10/23 | J | | |
| 118. Boston Properties, Inc | B | Dividend | | | Sold | 10/23 | J | C | |
| 119. C & S Realty Fund | | None | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Colums B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Colums C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Colum C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Entertainment Pptys Tr | B | Dividend | J | T | Sold (part) | 2/13 | J | | |
| 121.  Health Care Ppty Inv, Inc | B | Dividend | J | T | Sold (part) | 2/13 | J | | |
| 122. | | | | | Sold (part) | 10/23 | J | | |
| 123.  Home Properties of NY | A | Dividend | J | T | Sold (part) | 10/23 | J | | |
| 124.  Kimco Realty Corp. | A | Dividend | | | Partial Sell | 2/13 | J | | |
| 125. | | | | | Buy (add'l) | 2/13 | J | | |
| 126. | | | | | Sold | 6/17 | K | A | |
| 127.  Prologis | A | Dividend | J | T | Buy | 10/23 | J | | |
| 128. | | | | | Sold (part) | 12/3 | J | | |
| 129.  SL Green Realty | A | Dividend | J | T | Buy (add'l) | 10/23 | J | | |
| 130.  Weingarten Realty Inv | | None | J | T | | | | | |
| 131.  Thornburg Intl Value Fund | | None | K | T | Buy (add'l) | 12/3 | J | | |
| 132.  American Gen Fin - Bond 12/15/11 | B | Interest | J | T | | | | | |
| 133.  American Gen Fin - Bond 6/15/10 | A | Interest | J | T | | | | | |
| 134.  American Gen Fin - Bond 6/15/09 | A | Interest | J | T | | | | | |
| 135.  Bank Georgia CD 2/17/09 | A | Interest | J | T | | | | | |
| 136.  Caterpillar Fin - Bond 7/15/08 | B | Interest | | | Matured | 7/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 a d D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Caterpillar Fin - Bond 2/15/09 | A | Interest | K | T | | | | | |
| 138. Caterpillar Fin - Bond 7/15/10 | A | Interest | J | T | | | | | |
| 139. Caterpillar Fin - Bond 7/15/12 | A | Interest | J | T | Buy | 4/29 | J | | |
| 140. Dayton OH - Bond 10/01/09 | A | Interest | J | T | | | | | |
| 141. Exchange Natl Bank CD 4/25/08 | | None | | | Matured | 4/25 | J | | |
| 142. Fairfax Cnty VA - Bond 6/01/09 | A | Interest | J | T | | | | | |
| 143. GTE NW (Verizon) Bond 10/15/08 | A | Interest | | | Matured | 10/15 | J | | |
| 144. John Hancock - Bond 2/15/12 | A | Interest | J | T | | | | | |
| 145. John Hancock - Bond 12/01/08 | A | Interest | | | Matured | 12/1 | J | | |
| 146. Lehman Bank - Bond 1/18/12 | A | Interest | J | T | | | | | |
| 147. Merrill Lynch -Bond 3/15/11 | A | Dividend | K | T | | | | | |
| 148. NStar Elec Co - Bond 5/15/10 | B | Interest | L | T | | | | | |
| 149. PPG Industries - Bond 8/15/09 | A | Interest | J | T | | | | | |
| 150. Principal Life - Bond 6/15/2012 | A | Interest | K | T | | | | | |
| 151. Protective Life - Bond 7/15/10 | A | Interest | K | T | | | | | |
| 152. Rhode Island - Bond 10/01/09 | A | Interest | K | T | | | | | |
| 153. Sweden Kingdom - Bond 4/1/09 | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Schwab Money Market - FBO #1 | | None | J | T | | | | | |
| 172. D R Horton - FBO #1 | | None | | | Sold | 2/15 | J | | |
| 173. Eaton Vance Div Bldrs Fund - FBO #1 | | None | | | Buy (add'l) | 2/15 | J | | |
| 174. | | | | | Sold | 10/24 | J | | |
| 175. FBR Small Cap Fncl Fund - FBO #1 | | None | J | T | | | | | |
| 176. Knight Transportation - FBO #1 | | None | | | Sold (part) | 2/15 | J | A | |
| 177. | | | | | Sold | 7/17 | J | B | |
| 178. Magellan Midstream - FBO #1 | A | Dividend | J | T | | | | | |
| 179. Meridian Value Fund - FBO #1 | | None | | | Buy (add'l) | 2/15 | J | | |
| 180. | | | | | Sold | 11/25 | J | | |
| 181. Royce Penn Mutual Fund | | None | J | T | | | | | |
| 182. Seligman Comm Fund - FBO #1 | | None | J | T | Buy (add'l) | 2/15 | J | | |
| 183. SL Green Realty - FBO #1 | | None | J | T | | | | | |
| 184. Vanguard Spc Hlth Fund - FBO #1 | | None | | | Sold (part) | 2/15 | J | A | |
| 185. | | | | | Sold | 10/24 | J | | |
| 186. MFS Intl New Discovery A Fund - FBO #1 | A | Dividend | J | T | Buy (add'l) | 10/24 | J | | |
| 187. Thornburg Intl Value A Fund - FBO #1 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. William Blair Intl Gr Fund - FBO #1 | A | Dividend | J | T | Buy (add'l) | 10/24 | J | | |
| 189. Morgan Stanley Inst Intl Real Est - FBO #1 | | None | J | T | Buy (add'l) | 10/24 | J | | |
| 190. Vanguard Energy Fund - FBO #1 | A | Dividend | J | T | Buy (add'l) | 10/24 | J | | |
| 191. ATCO Ltd Class I - FBO #1 | | None | J | T | | | | | |
| 192. Petro-Canada FBO #1 | A | Dividend | J | T | Buy (add'l) | 10/24 | J | | |
| 193. Power Financial Corp - FBO #1 | | None | J | T | | | | | |
| 194. American Gen Fin - Bond 5/15/10 | A | Interest | J | T | | | | | |
| 195. Bankers Trust NY - Bond/FBO #1 | A | Interest | | | Matured | 5/1 | J | A | |
| 196. Caterpillar Fin - Bond 2/15/11 | A | Interest | K | T | | | | | |
| 197. Honeywell Intl Inc - Bond/FBO #1 | | None | K | T | | | | | |
| 198. Household Finance - Bond/FBO #1 | | None | | | Matured | 1/15 | J | | |
| 199. Bac Cap Tr II - FBO #1 | A | Dividend | J | T | | | | | |
| 200. Pacific Prm Bk CD 10/3/08 | A | Interest | | | Matured | 10/3 | J | | |
| 201. Harris Cap - FBO #1 | A | Dividend | J | T | | | | | |
| 202. Boston Properties, Inc - FBO #1 | A | Dividend | | | Sold | 10/24 | J | A | |
| 203. C & S Realty Inc A Fund - FBO #1 | | None | | | Sold | 6/18 | J | | |
| 204. Home Properties of NY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Schwab Money Market Fund - FBO #2 | | None | J | T | | | | | |
| 206. Eaton Vance Div. Bldrs Fund - FBO #2 | | None | | | Buy (add'l) | 2/15 | J | | |
| 207. | | | | | Sold | 10/24 | J | | |
| 208. FBR Small Cap Fncl Fund - FBO #2 | | None | J | T | | | | | |
| 209. Meridian Value Fund - FBO #2 | | None | J | T | Buy (add'l) | 2/15 | J | | |
| 210. Royce Penn Mutual Fund | | None | J | T | Buy (add'l) | 2/15 | J | | |
| 211. Seligman Comm Fund - FBO #2 | | None | J | T | Buy (add'l) | 2/15 | J | | |
| 212. Vanguard Energy Fund - FBO #2 | A | Dividend | J | T | Buy (add'l) | 2/15 | J | | |
| 213. | | | | | Buy (add'l) | 10/24 | J | | |
| 214. Vanguard Spc Hlth Fund - FBO #2 | | None | | | Sold | 10/24 | J | | |
| 215. MFS Intl New Discovery A - FBO #2 | A | Dividend | J | T | | | | | |
| 216. Thornburg Intl Value A - FBO #2 | | None | J | T | Buy (add'l) | 6/18 | J | | |
| 217. William Blair Intl Gr Fund - FBO #2 | | None | J | T | Buy (add'l) | 8/28 | J | | |
| 218. ATCO Ltd Class I - FBO #2 | | None | J | T | | | | | |
| 219. D R Horton - FBO #2 | | None | | | Sold | 2/15 | J | | `.` |
| 220. Power Financial Corp - FBO #2 | | None | J | T | | | | | |
| 221. Honeywell Intl Inc - Bond/FBO #2 8/1/09 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Household Finance - Bond/FBO #2 1/15/08 | | None | | | Matured | 1/15 | J | | |
| 223. Merrill Lynch Bond - FBO #2 | A | Interest | J | T | | | | | |
| 224. Miami Dade Cnty - FBO #2 | A | Interest | J | T | | | | | |
| 225. Omni Bank - Bond FBO #2 | | None | | | Matured | 2/19 | J | | |
| 226. Bac Cap Tr II - FBO #2 | A | Interest | J | T | | | | | |
| 227. Sabine Royalty Tr - FBO #2 | A | Dividend | J | T | Sold (part) | 6/18 | J | A | |
| 228. Magellan Midstream - FBO #2 | | None | J | T | Buy (add'l) | 6/18 | J | | |
| 229. C & S Realty Fund - FBO #2 | A | Dividend | J | T | Buy (add'l) | 6/18 | J | | |
| 230. | | | | | Buy (add'l) | 10/24 | J | | |
| 231. Weingarten Realty - FBO #2 | | None | J | T | | | | | |
| 232. Sabine Royalty Trust - FBO #1 (X) | A | Dividend | J | T | Sold (part) | 6/18 | J | B | |
| 233. Alger Hlth Sci Fund - FBO 31 | | None | J | T | Buy | 2/15 | J | | |
| 234. | | | | | Buy (add'l) | 10/24 | J | | |
| 235. JB Hunt Transport Svsc - FBO #1 | | None | J | T | Buy | 2/15 | J | | |
| 236. MFS Utilities Fund - FBO #1 | | None | J | T | Buy | 10/27 | J | | |
| 237. T Rowe Price Fincl Srvc Fd - FBO #1 | | None | J | T | Buy | 2/15 | J | | |
| 238. Sunoco Logistics Partners - FBO #1 | | None | J | T | Buy | 6/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  GE Capital Fin, maty - FBO #1 | | None | J | T | Buy | 6/18 | J | | |
| 240. | | | | | Sold | 12/26 | J | | |
| 241.  Royce Penn Mutual Fund - FBO #1 | | None | J | T | Buy | 2/15 | J | | |
| 242.  Alger Hlth Sci Fund - FBO #2 | | None | J | T | Buy | 2/15 | J | | |
| 243. | | | | | Buy (add'l) | 10/24 | J | | |
| 244.  Capital One CD - FBO #2 | | None | J | T | Buy | 8/28 | J | | |
| 245.  C&S Realty Fund - FBO #2 | A | Dividend | J | T | Buy | 2/15 | J | | |
| 246.  MFS Utilities Fund - FBO #2 | | None | J | T | Buy | 10/27 | J | | |
| 247.  Colonial Bank CD - FBO #2 | A | Interest | | | Buy | 2/20 | J | | |
| 248. | | | | | Sold | 8/27 | J | | |
| 249.  T Rowe Price Fincl Srvc Fd - FBO #2 | | None | J | T | Buy | 2/15 | J | | |
| 250.  AFLAC Inc | | None | J | T | Buy | 7/16 | J | | |
| 251.  Columbia Vlue & Rst Fun | | None | K | T | Buy | 6/17 | K | | |
| 252. | | | | | Buy (add'l) | 7/31 | J | | |
| 253. | | | | | Buy (add'l) | 10/23 | J | | |
| 254.  Landstar Systems Inc | | None | J | T | Buy | 6/17 | J | | |
| 255.  Royce Penn Mutual Fund | | None | J | T | Buy | 12/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  T Rowe Price Fincl Srvc Fund | | None | J | T | Buy | 2/13 | J | | |
| 257.  AvalonBay Communities Inc | | None | J | T | Buy | 12/3 | J | | |
| 258.  Essex Property Trust | | None | J | T | Buy | 10/23 | J | | |
| 259.  Archer Dan Midland semi | A | Interest | K | T | Buy | 2/21 | K | | |
| 260.  Bankers Trust semi | A | Interest | K | T | Buy | 2/21 | K | | |
| 261.  Oregon State maty | | None | K | T | Buy | 2/13 | K | | |
| 262.  Pepsico maty | | None | J | T | Buy | 4/29 | J | | |
| 263.  Wachovia Corp semi | A | Interest | K | T | Buy | 5/9 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Page 4, Line 3, Deleted CEF Money Market (line 5 on 2007 report) and combined with TD Ameritrade Money Market account (line 3 on 2007 report) for ease of reporting - both are TD Ameritrade Money Market accounts.

2. Deleted lines 6 and 7 from the 2007 report. The assests in these IRA accounts are shown in detail on the following pages.

3. Page 4, Line 8, Corning Stock year end value for 2007 was reported as J in error, should have been M - there was no buy in 2008.

4. Page 5, Line 25, Insert asset (PIMCO Total Return) here because it is part of the 401K plan.

5. Page 5, Line 30, Insert asset (RidgeWorth Funds) here because it is part of the 401K plan.

6. Page 6, Line 37, Delete Schwab Value Advan (line 40 on 2007 report) and combined with Schwab Money Market account (line 39 on 2007 report) for ease of reporting - both are Schwab Money Market accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 4/28/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544